UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NOYE,<br><br>                        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>                        Defendant. | Case No.: 5:22-cv-00785-MEMF-JC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

     Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), IT IS ORDERED that fees in the amount of $5000.00 be awarded to Plaintiff subject to the terms of the Stipulation.

     **IT IS SO ORDERED**.

DATED:   December 9, 2022

                                                  /s/
                                HONORABLE JACQUELINE CHOOLJIAN
                                UNITED STATES MAGISTRATE JUDGE